```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TOBIAS MITCHELL,

                                                  Plaintiff,

-against-

PO "JOHN" RODRIGUEZ, 40th Pct., PO "JOHN" MALDONADO 15057, 40th Pct., PO RODRIGUEZ 14964, 40th Pct., PO "JOHN" MCKENITH, 40th Pct., SGT. JOHN DOE 1-6, 40th Pct., PO JOHN DOE 5-10, SUPERVISING POLICE OFFICER JOHN DOE 11-14, DEPUTY INSPECTOR ELIAS J. NIKAS, PO JOHN DOE 1, 40th Pct., THE CITY OF NEW YORK,

                                                  Defendants.

------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 Civ. 4742 (NRB)(HBP)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| D. Andrew Marshall, Esq.<br>Attorney for *Plaintiff*<br>225 Broadway, Suite 1410<br>New York, New York 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*P.O. Maldonado, P.O. Angel Rodriguez,*<br>*P.O. Juan Rodriguez, and P.O. McKenith*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>D. Andrew Marshall, Esq.<br>*Attorney for Plaintiff* | By: _____<br>Richard Weingarten<br>*Assistant Corporation Counsel* |
| Dated: New York, New York<br>February 23, 2015 | SO ORDERED:<br>_____<br>HON. NAOMI R. BUCHWALD<br>UNITED STATES DISTRICT JUDGE |

2